UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: THERESA CARRROLL BUCHANAN

UNITED STATES OF AMERICA     HEARING: R5     CASE #: 14mj202

-VS-     DATE: 4/24/14     TIME: 2:00pm

TYPE: FTR RECORDER     DEPUTY CLERK: T. FITZGERALD

Kevin Munoz

COUNSEL FOR THE UNITED STATES: M. Burke

COUNSEL FOR THE DEFENDANT: w/o

INTERPRETER: _____     LANGUAGE: _____

(X) DEFENDANT APPEARED:     ( ) WITH COUNSEL     (X) WITHOUT COUNSEL

( ) DEFENDANT FAILED TO APPEAR     ( ) WARRANT TO BE ISSUED

(X) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

(X) COURT TO APPOINT COUNSEL    FPD     ( ) DFT. TO RETAIN COUNSEL

( ) GVT. CALL WITNESS & ADDUCES EVIDENCE

( ) EXHBIT # _____ ADMITTED

( ) PROBABLE CAUSE: FOUND ( ) / NOT FOUND ( )

( ) PRELIMINARY HEARING WAIVED

( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) DEFT. ADMITS VIOLATION ( ) DFT. DENIES VIOLATION ( ) COURT FINDS DFT. IN VIOLATION

MINUTES: USA seeks detention - GRANTED.

**CONDITIONS OF RELEASE:**
($     ) UNSECURED ($     ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING ( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT ( ) AVOID CONTACT
( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

( ) RELEASE ORDER GIVEN TO USMS
(X) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS
( ) DEFENDANT CONTINUED ON SAME CONDITIONS OF PROBATION/SUPERVISEDRELEASE

NEXT COURT APPEARANCE: 4/25/14 at 2:00pm Before Buchanan
(X) DH (X) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) R5